# MINUTES

CASE NUMBER:      CRIMINAL NO. 21-00061 LEK

CASE NAME:        USA v Martin kao

ATTYS FOR PLA:    Craig Nolan

ATTYS FOR DEFT:   Keith Kiuchi

MOVANT:           PacMar Technologies LLC
                  attorney's: David Louie, Ryan Louie

---

JUDGE:   Leslie E. Kobayashi          REPORTER:   Debi Read

DATE:    04/13/2023                   TIME:       11:00 AM - 11:30 AM

---

COURT ACTION:   EP: DEFENDANT MARTIN KAO'S OBJECTIONS TO AND APPEAL FROM DISPOSITIVE ORDER (Dkt. No. [92]) HEARING HELD.

Craig Nolan present for the Government.
Keith Kiuchi present for the Defendant.
David Louie, Ryan Louie present for PacMar Technologies LLC.

Court addresses the parties regarding it's inclination.

Arguments presented by: Craig Nolan, Keith Kiuchi, David Louie.

Matter is taken under submission.  Court will issue a written order.

Submitted by: Agalelei Elkington, Courtroom Manager