CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:    (808) 541-2958
E-Mail:        Craig.Nolan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 21-00061 LEK |
|---|---|
| Plaintiff, | ) UNITED STATES' SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) |
| MARTIN KAO | ) |
| Defendant. | ) |

UNITED STATES SENTENCING STATEMENT

The United States has no objections or corrections to the Draft Presentence

Report in the above-captioned matter.

DATED:     July 25, 2023, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By */s/ Craig S. Nolan*
    CRAIG S. NOLAN
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through EM/ECF:**

Victor J. Bakke                    vbakke@bakkelawfirm.com
Defense Counsel for Defendant
MARTIN KAO

**Served Via Email:**
Derek Kim                          derek_kim@hip.uscourts.gov
U.S. Probation Officer
District of Hawaii

DATED:   June 25, 2023, at Honolulu, Hawaii.


/s/Desirai Dawson-Tolbert
U.S. Attorney's Office
District of Hawaii